IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:87cv1183-MHT |
| COFFEE COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
|    Defendant. ) | |

### ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by May 4, 2007, as to why said motion should not be granted as requested.

DONE this 5th day of March, 2007.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE